IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

2007 NOV 15 A

David Ezell Simpson,           )
                               )
            Petitioner,        )
                               )    Civil Action No. 8:06-2890-SB-BHH
v.                             )
                               )    <u>ORDER</u>
State of South Carolina,       )
                               )
            Respondent.        )
_____)

This matter is before the Court upon the Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to United States Magistrate Judge Bruce Howe Hendricks for preliminary review.

In the R&R, filed on October 17, 2007, the Magistrate Judge recommends that the Court grant the Respondent's motion for summary judgment and dismiss the Petitioner's § 2241 petition with prejudice. The R&R further recommends that the Court deny the Petitioner's motion for injunctive relief as moot. Attached to the R&R was a notice advising the Petitioner of his right to file specific, written objections to the R&R within ten days after receipt of a copy of the R&R. To date, no such objections have been filed.



Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a Magistrate Judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985); <u>Wells v. Shriner's Hosp.</u>, 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Petitioner filed no objections to the R&R, there are no portions of the R&R to which the Court must conduct a <u>de novo</u> review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this

Court, and it is

**ORDERED** that the Respondent's motion for summary judgment is granted; the Petitioner's § 2241 petition is denied and dismissed with prejudice; and the Petitioner's motion for injunctive relief (Doc. #16) is denied as moot.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

November 14, 2007
Charleston, South Carolina

